# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 450 Main Street, Hartford, CT before the **Honorable SARALA V. NAGALA, United States District Judge, on November 17, 2022 at 2 pm**

AUSA CHRISTOPHER W. SCHMEISSER

**Waiver of Indictment/Plea Hearing**

| | |
|---|---|
| UNITED STATES | <u>Case No. 3:22CR226(SVN)</u> |
| v. | |
| John Doe<br>(William F. Dow, Esq.) | <u>COUNT ONE</u><br>26 U.S.C. § 7201<br>Tax Evasion of Payment<br><br><u>PENALTIES</u><br>Imprisonment: 5 years maximum<br>Fine: $100,000<br>Supervised Release: 3 years maximum<br>Special Assessment: $100<br>Restitution: $750,180 |

To: Honorable Sarala V. Nagala

cc:   U. S. Attorney's Office –Hartford
      U. S. Marshal's Office – Hartford- *via email*
      U. S. Clerk's Office – Michael Bozek, Courtroom Deputy - *via email*
      U. S. Probation Office – Hartford- *via email*
      William F. Dow, Esq. (Counsel for Defendant)- *via email*