AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:22CR 226 (SVN) |
| Mark Carbutti | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/1/22

*Defendant's signature*

*Signature of defendant's attorney*

William F. Dow, Esq.
*Printed name of defendant's attorney*

United States District Court
District of Connecticut
FILED AT   HARTFORD
12/1            20 22
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

*Judge's signature*

US District Judge Sarala V. Nagala
*Judge's printed name and title*